No. 05–252. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 494 v. NATIONAL LABOR RELATIONS BOARD.

C. A. D. C. Cir. Certiorari denied.